NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1460, -1461, -1462, -1465

SPANSION, INC. and SPANSION, LLC,

Appellants,

and

FREESCALE SEMICONDUCTOR, INC.,

Appellant,

and

ATI TECHNOLOGIES, ULC,

Appellant,

and

STMICROELECTRONICS N.V.,

Appellant,

and

QUALCOMM INCORPORATED,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

TESSERA, INC.,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-605.

ON MOTION

Before PROST, <u>Circuit Judge</u>.

<u>O R D E R</u>

Qualcomm Incorporated, Spansion, Inc. et al., and ST Microelectronics N.V. (Qualcomm) move the court to request the International Trade Commission to submit for in camera review the initial decision and certain briefs and testimony in a separate Commission proceeding. Qualcomm states that the Commission and Tessera, Inc. oppose. Qualcomm moves the court to expedite the Commission's and Tessera's responses to its motion. Qualcomm indicates that the Commission does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for in camera review is denied.

(2)    The motion to expedite is moot.

FOR THE COURT

**SEP - 8 2009**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Paul D. Clement, Esq.
       Morgan Chu, Esq.
       Megan M. Valentine, Esq.
       Carter G. Phillips, Esq.
       Kenneth R. Adamo, Esq.
       Stephen B. Kinnaird, Esq.
       Michael J. Bettinger, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 8 2009

JAN HORBALY
CLERK

2009-1460 et al.                    2